236 So.2d 33

**Rodney LEJEUNE and Traders and General Insurance Company**

v.

**FLASH TRUCK LINES, INC.**

No. 50611.

June 8, 1970.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction. A hearing in this Court will only further delay the trial of this case on its merits.

236 So.2d 33

**COLLINS PIPELINE COMPANY**

v.

**NEW ORLEANS EAST, INC.**

No. 50619.

June 8, 1970.

The application is denied. There appears no error of law in the ruling complained of.

SUMMERS, J., is of the opinion the writ should be granted. See Art. 2628, 2629 & 2634 La. Civil Code; La.Const. Art. I, Sec. 2; Art. IV, Sec. 15.